JOSEPH BLONDIN *vs.* THE CONNECTICUT COMPANY.

ARCHIE BLONDIN *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued October 25th, 1916—decided January 25th, 1917.

ACTIONS to recover damages for personal injuries alleged to have been caused by the negligence of the defendant, brought to the Superior Court in New Haven County and tried to the jury before *Bennett, J.;* by direction of the court the jury rendered a verdict for the defendant in each case, and from the judgment thereon the respective plaintiffs appealed. *Error and new trial ordered.*

*William E. Thoms* and *Philip N. Bernstein,* for the appellants (the respective plaintiffs).

*Joseph F. Berry,* for the appellee (defendant).

PER CURIAM. The above-entitled actions were tried together upon the same evidence, and a verdict in each case was directed for the defendant. We think the record shows that there was evidence upon which the cases should have been submitted to the jury.

There is error and a new trial is ordered in each case.